THE PEOPLE OF THE STATE OF NEW YORK ex rel. BREMERTON APARTMENTS, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOCHIEL APARTMENTS, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.

Submitted January 13, 1947; decided February 28, 1947.

*Alfred H. Hetkin* for appellants.

*Charles E. Murphy, Corporation Counsel* (*Morris Handel* and *William F. Murphy* of counsel), for respondents.

Orders affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.